UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10028-GAO

ANDRES RAMON MELO,
Plaintiff,

v.

JOSEPH L. RYNNE,
Defendant.

ORDER TO SHOW CAUSE
July 1, 2013

O'TOOLE, D.J.

Upon the plaintiff's Motion for Contempt, including the Affidavit of Edward N. Garno, Jr., plaintiff's counsel, it is ORDERED that the defendant, Joseph L. Rynne, appear before the United States District Court for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom 9 in the United States District Courthouse in Boston, Massachusetts, on the 5th day of August, 2013, at 2:30 p.m., to show cause why he should not be held in contempt of the Judgment in this case.

It is further ORDERED that a copy of this Order, together with the Court's Order for Final Default Judgment issued on September 15, 2011, and the plaintiff's Motion for Contempt with the attached Affidavit, be personally served upon Joseph L. Rynne on or before July 15, 2013.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge